# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **BENEATHA McELROY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 7927 |
| | ) | |
| **SSI**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Pro se plaintiff Beneatha McElroy ("McElroy") has filed a self-prepared one-page "Social Secruity [sic] Appeal," which is accompanied by two documents prepared on printed forms provided by the Clerk's Office for litigants' use: an In Forma Pauperis Application ("Application") and a Motion for Attorney Representation ("Motion"). Because a reproduction of the self-prepared document conveys a much clearer understanding of what follows in this memorandum order than any attempted description of what McElroy has said there could provide, a photocopy has been attached to this memorandum order.

Simply put, nothing in what McEloy has set forth in her pleading even hints at any entitlement to enter the federal courthouse doors. Nothing suggests that she has pursued her possible claim through the administrative procedures that are a precondition to invoking the assistance of a federal court. Hence this action is dismissed because of the absence of federal subject matter jurisdiction, with both the Application and the Motion being denied as moot.

That said, this Court recommends to McElroy that she confer with a Pro Se Assistance Program attorney that this District Court makes available to unrepresented parties -- one of a set

of lawyers who operate by appointment and in-person only. As the instructions included in the mailing of this memorandum order to McElroy state, appointments are made at the Clerk's Office Intake Desk, Dirksen Building, 219 South Dearborn Street, 20th Floor, or by calling 312-435-5691. Such a conference may assist McElroy in determining whether she does or does not have any potential for filing a federal lawsuit based on her grievance.

                                                            Milton I. Shadur
                                                            Senior United States District Judge

Date: September 15, 2015



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

)
)
Plaintiff )        15-cv-7927
) Judge Milton I. Shadur
Beneatha MCELROY ) Magistrate Judge Sidney I. Schenkier
v. )
)        Magistrate Judge:
SSI )
Defendant )

Social Secruity Appeal

I am Beneatha MCELROY I was hurt on the job at UPS In 2007 try to get help when I got injury But I tried to get help But I have got Any help. I cannot work because my back is hurt. I have a very bad back and spine.

Social Secturitry of. Appearl

Beneatha McElroy
9-9-2015

**RECEIVED**

SEP 0 9 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ATTACHMENT